IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM L. EVINS,<br><br>    Petitioner,<br><br>  v.<br><br>BEN CURRY, Warden, et al.,<br><br>    Respondents.          / | No. C 09-01345 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due on or before <u>thirty (30) days</u> from the date this order is signed.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    IT IS SO ORDERED.

Dated: 7/2/2010

                                          CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV09-01345 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William L. Evins
D14797
P.O. Box 689
Z-120-L
Soledad, CA 93960

Dated: July 2, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2