IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS,

       Petitioner,

  v.

BEN CURRY, Warden,

       Respondent.

_____/

No. C 09-1345 CW (PR)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the constitutionality of the denial of his parole by the California Board of Parole Hearings (Board) on October 23, 2007. Specifically, Petitioner claims that: (1) there were no grounds to support the denial of parole; (2) he was denied due process; and (3) he is not a current threat to public safety.  Doc. No. 1 at 6. Petitioner also brings a claim for breach of his plea agreement. Id.

    The United States Supreme Court recently made clear that in the context of a federal habeas challenge to the denial of parole, a prisoner subject to a parole statute similar to California's receives adequate process when the Board allows him an opportunity to be heard and provides him with a statement of the reasons why parole was denied.  Swarthout v. Cooke, No. 10-333, slip op. at 4-5 (U.S. Jan. 24, 2011).  Here, the record shows Petitioner received at least this amount of process.  The Constitution does not require more.  Id. at 5.

United States District Court
For the Northern District of California

The Court also made clear that whether the Board's decision was supported by some evidence of current dangerousness is irrelevant in federal habeas:  "it is no federal concern . . . whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied."  <u>Swarthout v. Cooke</u>, slip op. at 6.

Accordingly, Petitioner's challenge to the Board's denial of parole is DENIED.

Petitioner's other claim--that the denial of parole was a breach of his plea agreement--also will be DENIED.  Petitioner has shown no term that has been breached.  Petitioner admits that was sentenced to fifteen years to life.  Doc. No. 1 at 2.  Assuming that Petitioner claims that the denial of parole violates his plea agreement, Petitioner does not show that his plea agreement was conditioned in any way on a promise that Petitioner would only have to serve a particular amount of time in prison.  <u>See, e.g.</u>, <u>James v. Borg</u>, 24 F.3d 20, 26 (9th Cir. 1994) ("Conclusory allegations which are not supported by a statement of specific facts do not warrant habeas relief.").  In any event, although characterized as a violation of Petitioner's plea agreement, this claim is without merit as it appears to be encompassed by Petitioner's claim that the Board's decision violated his due process rights.

Accordingly, the instant federal Petition for a Writ of Habeas corpus is DENIED.

Further, a Certificate of Appealability is DENIED.  <u>See</u> Rule 11(a) of the Rules Governing Section 2254 Cases.  Petitioner has not made "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Nor has Petitioner demonstrated

2

**United States District Court**

For the Northern District of California

1  that "reasonable jurists would find the district court's assessment

2  of the constitutional claims debatable or wrong." <u>Slack v.</u>

3  <u>McDaniel</u>, 529 U.S. 473, 484 (2000).  Petitioner may not appeal the

4  denial of a Certificate of Appealability in this Court but may seek

5  a certificate from the Court of Appeals under Rule 22 of the

6  Federal Rules of Appellate Procedure.  <u>See</u> Rule 11(a) of the Rules

7  Governing Section 2254 Cases.

8      The Clerk shall terminate any pending motions as moot, enter

9  judgment in favor of Respondent and close the file.

10

11

12

13      IT IS SO ORDERED.

14



15  Dated: 2/15/2011

16                              CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                              3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS,

                    Case Number: CV09-01345 CW

        Plaintiff,

                    **CERTIFICATE OF SERVICE**

  v.

BEN CURRY et al,

        Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William L. Evins

D14797

P.O. Box 689

Z-120-L

Soledad, CA 93960

Dated: February 15, 2011

                    Richard W. Wieking, Clerk

                    By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California